*Long*, 322 F.3d at 554. The Court must determine "whether there would be anything left from the debtor's estimated future income to enable the debtor to make some payment on her student

loan without reducing what the debtor and her dependents need to maintain a minimal standard

4